IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:99CR3065 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| NORMAN W. BRUCE, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the plaintiff shall file its response to the defendant's motion for reduction in sentence (filing 38) on or before March 5, 2014.

    Dated February 19, 2014.

                                              BY THE COURT:

                                              *Richard G. Kopf*
                                              Senior United States District Judge