IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:99CR3065 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| NORMAN W. BRUCE, | ) | |
| | ) | |
| Defendant. | ) | |

Because the court lacks jurisdiction for the reasons set forth in the government's brief (filing 41),

IT IS ORDERED that the motion for reduction in sentence and request for evidentiary hearing (filing 38) is denied with prejudice.

Dated February 24, 2014.

          BY THE COURT:

          *Richard G. Kopf*
          Senior United States District Judge