IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | Case No. 4:99CR3065 |
| **NORMAN W. BRUCE,** ) | |
| **Defendant.** ) | |

ORDER TO REDUCE TERM
OF IMPRISONMENT TO TIME SERVED

**BEFORE THE COURT** is a motion filed by the United States of America and the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the defendant, Norman W. Bruce, to time served. The court finds:

    1. On September 25, 2000, Mr. Bruce pleaded guilty to violating 21 U.S.C. §§ 846, Conspiracy to Possess with Intent to Distribute Methamphetamine.

    2. On December 12, 2000, Mr. Bruce was sentenced in the United States District Court for the District of Nebraska, to 262 months of imprisonment followed by a five-year term of supervised release.

    3. Mr. Bruce, age 65, has been diagnosed with multiple medical conditions that combined, result in a terminal prognosis with a life expectancy of 18 months or less.

    4. Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the Court, upon motion of the Director of the Federal Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction. The Director of the Federal Bureau of Prisons contends, and this court agrees, that the defendant's terminal medical condition and limited life expectancy constitute extraordinary and compelling reasons that warrant the requested reduction.

**IT IS THEREFORE ORDERED** that the defendant's term of imprisonment is hereby reduced to the time he has already served.

**IT IS FURTHER ORDERED** that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

**IT IS FURTHER ORDERED** that upon his release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving the five-year term of supervised release previously imposed.

**DONE AND ORDERED THIS 2nd DAY OF AUGUST 2016.**

*Richard G. Kopf*

_____
Richard G. Kopf
SENIOR UNITED STATES DISTRICT JUDGE