IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:99CR3065 |
| v. | ) | |
| NORMAN W. BRUCE, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the warrant in this case is withdrawn and the Probation Officer shall submit a summons to the Clerk in lieu of the warrant due to the medical condition of Mr. Bruce.

DATED this 19th day of December, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge