IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>NORMAN W. BRUCE,<br><br>           Defendant. | 4:99CR3065<br><br>**DETENTION ORDER** |

Defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) that Defendant will not pose a danger to the safety of any person or the community if released. The Court's findings are based on the evidence presented in court and contained in the court's records, including Defendant's admission to his probation officer that he received methamphetamine while housed at the Waverly Care Center, and he placed methamphetamine between some magazines in the publicly accessible activities room, thereby posing a risk that others may find and ingest the illegal drug.

IT IS ORDERED:

1) The above-named defendant shall be detained until further order.

2) Defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver Defendant to a United States Marshal for appearance in connection with a court proceeding.

January 10, 2017.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge