IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:99CR3065 |
| v. | ) | |
| NORMAN W. BRUCE, | ) | ORDER |
| Defendant. | ) | |

I have been notified that Mr. Bruce has died. Therefore,

IT IS ORDERED that his supervised release is terminated.

DATED this 20th day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge